UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YARO ENTERPRISES, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>    Defendant. | **RULE 7.1 STATEMENT**<br><br>Case No. |

   Pursuant to Fed. R. Civ. P. 7.1 to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, MASSACHUSETTS BAY INSURANCE COMPANY (a private, non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of MASSACHUSETTS BAY INSURANCE COMPANY which are publicly held and own 10% or more of the stock of MASSACHUSETTS BAY INSURANCE COMPANY.

DATED: Buffalo, New York
     April 26, 2023

                                /s/
                           Roy A. Mura, Esq.
                           MURA LAW GROUP, PLLC
                           *Attorneys for Defendant*
                           930 Rand Building
                           14 Lafayette Square
                           Buffalo, New York 14203
                           (716) 855-2800
                           roy.mura@muralaw.com

- 2 -

TO:    Sean P. Williams, Esq.
        Glenn M Fjermeda, Esq.
        DAVIDSON FINK LLP
        *Attorneys for Plaintiff*
        400 Meridian Centre, Suite 200
        Rochester, New York 14614
        (585) 784-4800
        spwilliams@davidsonfink.com
        gfjermedal@davidsonfink.com